John J. Belanger, Esq., State Bar No. 021671
jbelanger@bremerwhyte.com
Ryan S. Leibel, Esq., State Bar No. 037068
rleibel@bremerwhyte.com
BREMER WHYTE BROWN & O'MEARA LLP
8950 South 52nd Street, Suite 201
Tempe, AZ 85284
Telephone: (602) 274-1204
Facsimile: (602) 274-1205

Attorneys for Defendant,
Costco Wholesale Corporation

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Gariel Garner and Therese Garner, | Case No. |
| Plaintiffs, | **NOTICE OF REMOVAL** |
| vs. | |
| Costco Wholesale Corporation; Bluetrition Brands, Inc.; Bluetrition Holdings, Inc.; and Nestle Waters North America, Inc., | |
| Defendants. | |

Defendant Costco Wholesale Corporation ("Costco"), hereby gives Notice that it is removing this action from Maricopa County Superior Court to the United States District Court for the District of Arizona pursuant to 28 U.S.C. §§ U.S.C. 1332, 1441, and 1446 for the following reasons:

**A.     THIS COURT HAS DIVERSITY JURISDICTION PURSUANT TO 28 U.S.C. § 1332**

The Court determines diversity jurisdiction at the time of removal. *See St. Paul Mercury Indemnity Co. v. Red Cab Co.*, 303 U.S. 283, 292 (1938). A defendant seeking removal has the burden to establish this Court's jurisdiction. *See Geographic Expeditions, Inc. v. Estate of Lhotka*, 599 F.3d 1102, 1107 (9th Cir. 2010).

/ / /

BREMER WHYTE BROWN & O'MEARA LLP
8950 SOUTH 52ND STREET
SUITE 201
TEMPE, AZ 85284
(602) 274-1204

1491.048  4873-4621-3449.3

1. **There is Complete Diversity Among the Legitimate Parties.**

    (a)    Plaintiff Gariel Garner is an individual residing in the State of Arizona. *See* Complaint, CV2022-105428, Superior Court of Arizona, Maricopa County, ¶ 1. Plaintiff thus is a citizen of Arizona for purposes of 28 U.S.C. § 1332(a).

    (b)    Defendant Costco is a Washington corporation with its principal place of business in Issaquah, Washington. Costco, therefore, is a citizen of Washington for purposes of 28 U.S.C. § 1332(a).

    (c)    Defendant Bluetriton Brands, Inc. (incorrectly identified as Bluetrition Brands) ("Bluetriton Brands") is a Delaware corporation with its principal place of business in Wilmington, Delaware. Bluetriton Brands, therefore, is a citizen of Delaware for purposes of 28 U.S.C. § 1332(a).

    (d)    Defendant Bluetriton Brand Holdings, Inc. (incorrectly identified as Bluetrition Brand Holdings) ("Bluetriton Holdings") is a Delaware corporation with its principal place of business in Wilmington, Delaware. Bluetriton Holdings, therefore, is a citizen of Delaware for purposes of 28 U.S.C. § 1332(a).

    (e)    Defendant Nestle Waters North America, Inc. ("Nestle") is a (inactive) Delaware corporation with its principal place of business in Wilmington, Delaware. Nestle, therefore, is a citizen of Delaware for purposes of 28 U.S.C. § 1332(a).

2. **The Amount in Controversy Exceeds $75,000.00.**

Plaintiff has certified that the damages sought would not require the state court to assign this case to compulsory arbitration. *See* Certificate of Compulsory Arbitration, CV2022-105428, Superior Court of Arizona, Maricopa County. Under the rule cited by Plaintiff, Plaintiff asserts that this matter is not subject to compulsory arbitration because Plaintiff seeks damages of $50,000.00 or more. Ariz. R. Civ. P. 72.

In prior written correspondence to Costco's third-party claims administrator Gallagher Bassett, Plaintiff coveyed a settlement demand in the amount of $400,000.00. In his demand, Plaintiff indicated that he had incurred over $75,000.00 in medical bills for injuries Plaintiff relates to the incident that forms the basis of the Complaint.

BREMER WHYTE BROWN & O'MEARA LLP
8950 SOUTH 52ND STREET
SUITE 201
TEMPE, AZ 85284
(602) 274-1204

2

1491.048  4873-4621-3449.3

A defendant need only "provide evidence establishing that it is more likely than not that the amount in controversy exceeds [$75,000.00]." *Sanchez v. Monumental Life Ins. Co.*, 102 F.3d 398, 404 (9th Cir. 1996). Given that Plaintiff conveyed a $400,000.00 settlement demand bases on medical bills in excess of $75,000.00, it is certainly more likely than not that Plaintiff's alleged damages exceed $75,000.00. Therefore, the amount in controversy exceeds the minimum requirement for diversity jurisdiction.

### 3. Costco Has Met Its Burden.

Based on the foregoing, complete diversity of citizenship exists and Costco has established by a preponderance of the evidence that the amount in controversy exceeds $75,000.00. 28 U.S.C. § 1446(b)(2); *see also Geographic Expeditions, Inc. v. Estate of Lhotka,* 599 F.3d 1102, 1107 (9th Cir. 2010). As such, Costco has met its burden to establish jurisdiction of this Court.

## B. THIS NOTICE OF REMOVAL IS TIMELY AND COMPLIES WITH THE STATUTORY REQUIREMENTS

A notice of removal must be filed within 30 days of the date on which the case first became removable. 28 U.S.C. § 1446(b)(3). Here, Plaintiff filed the Complaint in Maricopa County Superior Court on November 21, 2022. Plaintiff served Costco's statutory agent by process server on January 5, 2023. This Notice of Removal has therefore been timely filed. *See* 28 U.S.C. § 1446(b)(2)(B).

Pursuant to 28 U.S.C. § 1446(d) and LRCiv 3.7(a), Costco has filed a copy of this Notice of Removal with the Superior Court of Arizona, Maricopa County. Costco has also served this Notice of Removal on Plaintiff and Defendants Bluetriton Brands, Bluetriton Holdings, and Nestle.

Pursuant to 28 U.S.C. § 1446(a), copies of the documents filed in the state court are attached as Exhibit A.

WHEREFORE, Costco gives notice that the action pending against it in the Superior Court of Arizona, Maricopa County, has been removed to the United States District Court for the District of Arizona, Phoenix Division.

BREMER WHYTE BROWN & O'MEARA LLP
8950 SOUTH 52ND STREET
SUITE 201
TEMPE, AZ  85284
(602) 274-1204

3

1491.048  4873-4621-3449.3

1  Dated: January 25, 2023					BREMER WHYTE BROWN & O'MEARA LLP

3						By: */s/ John Belanger*
							John J. Belanger, Esq.
							Ryan S. Leibel, Esq.
							Attorneys for Defendant
							Costco Wholesale Corporation

BREMER WHYTE BROWN & O'MEARA LLP
8950 SOUTH 52ND STREET
SUITE 201
TEMPE, AZ  85284
(602) 274-1204

4

1491.048  4873-4621-3449.3

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 25, 2023, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF Registrants, as well as e-mailed a copy as follows:

szhardy@zacharlaw.com
Suzie Zachar Hardy
ZACHAR LAW FIRM, P.C.
P.O. Box 47640
Phoenix, Arizona 85020
*Attorney for the Plaintiffs*

By: */s/ DD Waldron*

BREMER WHYTE BROWN & O'MEARA LLP
8950 SOUTH 52ND STREET
SUITE 201
TEMPE, AZ 85284
(602) 274-1204

5

1491.048  4873-4621-3449.3