**ZACHAR LAW FIRM, P.C.**
P.O. Box 47640
Phoenix, Arizona 85020
(602) 494-4800
Suzie Zachar Hardy #017285
szhardy@zacharlaw.com
*Attorney for the Plaintiffs*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Therese Garner as Personal Representative of the Estate of Gariel Garner and Therese Garner, individually,<br><br>Plaintiffs,<br><br>vs.<br><br>Costco Wholesale Corporation, et al.<br><br>Defendants. | No.: CV-23-00160-PHX-MTL<br><br>**STIPULATED DISMISSAL OF PLAINTIFF THERESE GARNER'S INDIVIDUAL CLAIMS**<br><br>(Assigned to the Hon. Michael T. Liburdi) |

**IT IS HEREBY STIPULATED** by and between Plaintiff Therese Garner ("Plaintiffs") and Defendants Costco Wholesale Corporation, Nestlé Waters North America, Inc., Blue Triton Brands, Inc., and Blue Triton Brands Holdings, Inc. ("Defendants") that Plaintiff Therese Garner's individual claims shall be dismissed with prejudice, with each party to bear its own fees and costs.

**RESPECTUFLLY SUBMITTED** this 5th day of September, 2023.

ZACHAR LAW FIRM, P.C.


By: */s/ Suzie Zachar Hardy*
Suzie Zachar Hardy, Esq.
Attorney for Plaintiffs
Gariel Garner and Therese Garner


BREMER WHYTE BROWN & O'MEARA, LLP


By: */s/ John J. Belanger (w/ permission)*
John J. Belanger, Esq.
Ryan S. Leibel, Esq.
Attorneys for Defendant
Costco Wholesale Corporation


WILLIAMSON LAW GROUP, PLC


By: */s/ Tamara N. Cook (w/ permission)*
Tamara N. Cook, Esq.
Attorney for Defendants
Nestlé Waters North America, Inc.,
Blue Triton Brands, Inc., and Blue
Triton Brands Holdings, Inc.

ZACHAR LAW FIRM, P.C.
P.O. Box 47640
Phoenix, Arizona 85020

# CERTIFICATE OF SERVICE

I hereby certify that on September 5, 2023, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF Registrants, as well as e-mailed a copy as follows:

John J. Belanger, Esq.
Ryan S. Leibel, Esq.
BREMER WHYTE BROWN & O'MEARA, LLP
8950 South 52nd Street, Suite 201
Tempe, Arizona 85284
jbelanger@bremerwhyte.com
rleibel@bremerwhyte.com
*Attorneys for Defendant*
*Costco Wholesale Corporation*

Tamara N. Cook
WILLIAMSON LAW GROUP, PLC
4742 North 24th Street, Suite 300
Phoenix, Arizona 85016
tcook@williamsonlawgroup.net
smoceri@williamsonlawgroup.net
*Attorney for Defendants*
*Nestle Waters North America, Inc.,*
*Blue Triton Brands, Inc., and*
*Blue Triton Brand Holdings, Inc.*

By: */s/* Dustin E. Stokes