IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Therese Garner as Personal Representative of the Estate of Gariel Garner and Therese Garner, individually,<br><br>Plaintiff,<br><br>v.<br><br>Costco Wholesale Corporation, et al.,<br><br>Defendants. | No. CV-23-00160-PHX-MTL<br><br>**ORDER** |

Pursuant to the parties' Stipulated Dismissal of Plaintiff Therese Garner's Individual Claims (Doc. 21),

**IT IS ORDERED** granting the parties' Stipulation (Doc. 21).

**IT IS FURTHER ORDERED** that all claims asserted by Therese Garner in her individual capacity are dismissed with prejudice, with each party to bear its own fees and costs.

**IT IS FINALLY ORDERED** that all claims on behalf of the Gariel Garner estate shall remain pending.

Dated this 5th day of September, 2023.

_Michael T. Liburdi_
Michael T. Liburdi
United States District Judge