# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Therese Garner, | No. CV-23-00160-PHX-MTL |
| Plaintiff, | **ORDER** |
| v. | |
| Costco Wholesale Corporation, et al., | |
| Defendants. | |

This Court having considered the Stipulation to Remand (Doc. 23), and with good cause shown,

**IT IS ORDERED** granting the Stipulation to Remand (Doc. 23). The Clerk of Court must remand this matter to the Arizona Superior Court in Maricopa County.

**IT IS FINALLY ORDERED** that the Clerk of Court shall close this case.

Dated this 5th day of October, 2023.

*Michael T. Liburdi*
Michael T. Liburdi
United States District Judge